UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EDWARD WHITT JR,

                Petitioner,

v.

PAT GLEBE,

                Respondent.

Case No. C11-43-RSL

**ORDER OF DISMISSAL**

The Court, having reviewed petitioner's petition for writ of habeas corpus (Dkt. 6) submitted under 28 U.S.C. § 2254, the Report and Recommendation of Brian A. Tsuchida, United States Magistrate Judge, the governing law, and the balance of the record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation.

(2)    Petitioner's habeas petition and this action are **DISMISSED** with prejudice.

(3)    A certificate of appealability is **DENIED**.

(5)    The Clerk is directed to send copies of this Order to petitioner and to Judge Tsuchida.

DATED this 25th day of April, 2011.

                /s/ Robert S. Lasnik
                Robert S. Lasnik
                United States District Judge

ORDER OF DISMISSAL- 1